UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re Linda L. Shackelford,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Debtor.　　　　　　)　　　Case No. 20-21699-BEH
　　　　　　　　　　　　　　　　　)　　　Chapter 13
　　　　　　　　　　　　　　　　　)

**Affidavit Of Service By Mail**

State of Wisconsin　　)
　　　　　　　　　　　)
County of Milwaukee ）

The undersigned, being first duly sworn upon oath, deposes and says:

1.　　I am the paralegal for the attorney of record for the Debtor Linda L. Shackelford, and am authorized to make this affidavit on her behalf.

2.　　I am a citizen of the United States over the age of eighteen years and am otherwise competent to testify to the facts stated herein.

3.　　A copy of the Notice and Motion to Continue Automatic Stay were dispatched by first-class mail, postage pre-paid (or electronically if the party accepts service in that manner) to the parties listed on the attached Exhibit "A" on March 5, 2020.

　　　　　　　　　　　　　　　　　　　　/s/　　Jessica Renzaglia

Michael J. Watton
Attorney at Law
301 West Wisconsin Avenue
5th Floor
Milwaukee, WI 53203
414-273-6858

Subscribed and sworn to before me on this 5th day of March, 2020.

Notary Seal

　　　　　　　　　　　　　　　　　　　　/s/ Ashley Hermann
　　　　　　　　　　　　　　　　　　　　Notary Public: State of Wisconsin
　　　　　　　　　　　　　　　　　　　　My commission expires 08/21/21.

# EXHIBIT A

```
Label Matrix for local noticing          AJT Diabetic Inc.                      Ad Astra Recovery Services
0757-2                                   5180 West Atlantic Ave.                7330 West 33rd Street N Suite 118
Case 20-21699-beh                        Suite 105                              Wichita, KS 67205-9370
Eastern District of Wisconsin            Delray Beach, FL 33484-8103
Milwaukee
Thu Mar  5 13:27:45 CST 2020

(p)ALLIANCE COLLECTION AGENCIES  INC     Associated Credit Services, Inc.       Atty. Jennifer Lynn Anderson
ATTN CLIENT SERVICES DEPARTMENT          115 Flanders Road Suite 140            Kohn Law Firm SC
3916 S BUSINESS PARK AVE                 PO Box 5171                            735 North Water Street Suite 1300
MARSHFIELD WI 54449-9029                 Westborough, MA 01581-5171             Milwaukee, WI 53202-4106


Atty. Kevin Thomas White                 Atty. Kirsten Fagerland Pezewski       Atty. Nicholas Adam Smith
Levy & Levy SC                           Heuer Law Offices SC                   Kohn Law Firm SC
N61W6058 Columbia Road                   9312 West National Avenue              735 North Water Street, Suite 1300
PO Box 127                               Milwaukee, WI 53227-1542               Milwaukee, WI 53202-4106
Cedarburg, WI 53012-0127


Atty. William W. Graper                  Aurora Health Care Inc                 Aurora Medical Group Inc
Graper Law Offices Ltd                   PO Box 809418                          PO Box 091700
8850 North Port Washington Road Suite 21 Chicago, IL 60680-9418                 Milwaukee, WI 53209-8700
Milwaukee, WI 53217-1686


Capital One Bank USA                     CashNetUSA                             (p)CITY OF MILWAUKEE TREASURER S OFFICE
P.O. Box 30281                           175 W. Jackson Blvd.                   200 EAST WELLS STREET
Salt Lake City, UT 84130-0281            Suite 1000                             ROOM 103
                                         Chicago, IL 60604-2863                 MILWAUKEE WI 53202-3599


Cottonwood Financial WI LLC              Credit One Bank                        Dre Lovers Lane LLC
1901 Gateway Drive #200                  P.O. Box 98872                         15850 W Bluemound Rd
Irving, TX 75038-2425                    Las Vegas, NV 89193-8872               Brookfield, WI 53005-6022


EMoneyUSA Holding LLC                    Ford Motor Credit Company              Fortiva
8700 State Line Road, Suite 350          PO Box 64400                           PO Box 790156
Leawood, KS 66206-1570                   Colorado Springs, CO 80962-4400        Saint Louis, MO 63179-0156


Fortiva MC/TBom                          General Motors Acceptance Corp         General Revenue Corporation
5 Concourse Parkway, Ste 400             PO Box 466                             4660 Duke Drive Suite 300
Atlanta, GA 30328-9114                   Orland Park, IL 60462-0466             Mason, OH 45040-8466


(p)IDEAL IMAGE                           Internal Revenue Service               Milwaukee City
1 N DALE MABRY HIGHWAY                   Centralized Insolvency Operation       200 East Wells Street
SUITE 1200                               P.O. Box 7346                          Milwaukee, WI 53202-3515
TAMPA FL 33609-2760                      Philadelphia, PA 19101-7346


Milwaukee Health Services                National Louis University              Net Credit
2555 N. Martin Luther King Dr.           122 South Michigan Avenue              175 W. Jackson Blvd Suite 1000
Milwaukee, WI 53212-2709                 Chicago, IL 60603-6162                 Chicago, IL 60604-2863
```

| | | |
|---|---|---|
| Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Professional Placement Services<br>272 North 12th Street<br>Milwaukee, WI 53233-2604 | Progressive Insurance Company<br>Corporate Headquarters<br>The Progressive Corporation<br>6300 Wilson Mills Road<br>Cleveland, OH 44143-2182 |
| ReadyRefresh by Nestle<br>3001 North 112th Street<br>Wauwatosa, WI 53222-4204 | Spectrum<br>1320 Dr Martin Luther Kind Drive<br>Milwaukee, WI 53212 | Speedy Cash<br>8400 East 32nd Street North<br>Wichita, KS 67226-2608 |
| State Collection Service Inc.<br>P.O. Box 6250<br>Madison, WI 53716-0250 | The Cash Store<br>1256 North Port Washington Road<br>Grafton, WI 53024-9315 | The Receivable MGMT Svs<br>240 Emery Street<br>Bethlehem, PA 18015-1980 |
| Valerie Bruce<br>5339 North Sherman Boulevard Lower<br>Milwaukee, WI 53209-4646 | (p)WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN CIVIL LITIGATION UNIT<br>PO BOX 7857<br>17 WEST MAIN STREET<br>MADISON WI 53703-3960 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 |
| Wisconsin Electric<br>333 West Everett Street<br>A130<br>Milwaukee, WI 53203-2803 | Linda L. Shackelford<br>4619 North 41st Street<br>Milwaukee, WI 53209-5819 | Michael J. Watton<br>301 West Wisconsin Avenue<br>5th Floor<br>Milwaukee, WI 53203-2230 |
| Rebecca R. Garcia<br>Chapter 13 Trustee<br>PO Box 3170<br>Oshkosh, WI 54903-3170 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliance Collection Agencies<br>3916 South Business Park Avenue<br>Marshfield, WI 54449 | City of Milwaukee, Treasurer's Office<br>200 E. Wells, Room 103<br>Milwaukee, WI 53202 | Ideal Image<br>8783 North Port Washington Road<br>Milwaukee, WI 53217 |
| Wisconsin Department of Justice<br>17 West Main Street<br>Madison, WI 53707-7857 | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients     0<br>Total                  45 | |