UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re Linda L. Shackelford )
)
         Debtor. ) Case No. 20- 21699
) Chapter 13

## AFFIDAVIT OF DEBTOR REGARDING MOTION TO CONTINUE STAY

Milwaukee County )
)
State of Wisconsin )

I, Linda L. Shackelford, being first duly sworn upon oath, depose and say:

1. That I am a citizen of the United States over the age of eighteen years and am otherwise competent to testify to the facts stated herein.

2. That I have had one previous case under Title 11 dismissed within 1 year of the filing of this present Chapter 13 bankruptcy.

3. I have filed this present case in good faith and to save my home from the City of Milwaukee's tax foreclosure.

4. That since the dismissal of the previous bankruptcy, there has been a substantial change in my personal and financial affairs. My previous case, 19-25872 BHL was dismissed on January 14, 2020 for failure to make the plan payments. During my last case, I expected supplement my social security income by babysitting several children. Unfortunately, shortly after filing, the mother of the children was laid off and did not need my services. She has recently found employment, and I started babysitting the children on January 21, 2020. This will provide me with sufficient income to make plan payments. With these sources of income, I will be able to make all my plan payments and save my home from tax foreclosure.

5. I have begun paying the 2019 taxes on the City of Milwaukee's installment plan.

6. That this present Chapter 13 bankruptcy will result in a confirmed plan which will be fully performed.



*Linda L. Shackelford*
Linda L. Shackelford

Subscribed and sworn to before me this 4th of March, 2020.

_____
Notary Public
My commission is permanent

Michael J. Watton, Esq.
Watton Law Group
301 West Wisconsin Avenue
5th Floor
Milwaukee, WI 53203
Telephone: (414) 273-6858
Facsimile: (414) 273-6894